UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GREYSTAR MANAGEMENT SERVICES LP.,<br><br>Defendant. | Civil Action No. 11-cv-02789 ELH |

## CONSENT DECREE

This action was instituted by Plaintiff, the U.S. Equal Employment Opportunity Commission (the "EEOC" or the "Commission"), against Defendant Greystar Management Services LP., ("Greystar" or "Defendant") alleging that it violated Sections 701(k) and 703(a) of Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act, 42 U.S.C. §§2000e(k) and 2000e-2(a), by terminating Charging Party Amada Lucero because she was pregnant. The Commission and Defendant desire to resolve this action without the time and expense of continued litigation, and they desire to formulate a plan to be embodied in a Decree which will promote and effectuate the purposes of Title VII and the Pregnancy Discrimination Act. Defendant denies the claims of discrimination and any other wrongdoing alleged by the EEOC.

The Court has examined this Decree and finds that it is reasonable and just and in accordance with the Federal Rules of Civil Procedure, Title VII and the Pregnancy

Discrimination Act. Therefore, upon due consideration of the record herein and being fully advised in the premises, it is ORDERED, ADJUDGED AND DECREED:

### Scope of Decree

1. This Decree resolves all issues and claims in the Complaint filed by the Commission in this Title VII action, which emanated from the Charge of Discrimination filed by Ms. Lucero. This Decree in no way affects the Commission's right to process any other pending or future charges that may be filed against Defendant and to commence civil actions on any such charges as the Commission sees fit.

2. The Decree shall be in effect for a period of 30 months from the date it is entered by the Court. During that time, this Court shall retain jurisdiction over this matter and the parties for purposes of enforcing compliance with the Decree, including issuing such orders as may be required to effectuate the purposes of the Decree. If Defendant violated the terms of the Decree, the duration of the Decree may be extended at the discretion of the Court.

3. This Decree, being entered with the consent of the EEOC and Defendant, shall not constitute an adjudication or finding on the merits of the case.

### Monetary Relief

4. Subject to the terms and conditions of this Decree, Defendant shall pay $25,000.00 ("Payment") to Ms. Lucero. Of this Payment, $20,000 shall be designated as backpay, which will be subject to required tax withholdings and deductions and for which Defendant will issue an IRS Form W-2 to Ms. Lucero. Of the Payment, $5,000 shall be designated as compensatory damages, for which Defendant will issue an IRS Form 1099 to Ms. Lucero. The Parties agree to cooperate fully with the Payment set forth herein and complete any

paperwork necessary as a condition for the Payment, including, but not limited to, completion of any tax forms or other forms necessary for legal compliance, either before or after such Payment.

5. Within ten (10) business days after entry of this Consent Decree, and provided the appropriate Federal Tax Form W-4 has been completed, Defendant shall mail the Payment set forth herein to Ms. Lucero at an address provided by the Commission. Contemporaneously, Defendant shall submit a photocopy of the check and related correspondence to the EEOC.

### **Injunctive Relief**

6. Defendant's employees, supervisors, managers, and officers are enjoined from discriminating against any person based on sex or pregnancy. The prohibited discrimination includes but is not limited to terminating, failing to hire or failing to promote persons based on sex. Defendant shall treat pregnant women the same as other persons not so affected but similar in their ability or inability to work. Such discrimination violates Title VII, which, in part, is set forth below:

> It shall be an unlawful employment practice for an employer --
> (1) to fail or refuse to hire or to discharge any individual, or otherwise discriminate against any individual with respect to [her] ... terms, conditions, or privileges of employment, because of such individual's ...sex....
> (2) to limit, segregate, or classify his employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an employee, because of such individual's... sex....

42 U.S.C. § 2000e-2(a)(1) and a(2).

The terms "because of sex" or "on the basis of sex" include, but are not limited to, because of or on the basis of pregnancy, childbirth, or related medical conditions..."

42 U.S.C. § 2000e(k).

### Written Policies & Procedures

7. Defendant shall maintain a practice and policy against sex and pregnancy discrimination. The practice shall prohibit failing to hire, terminating or reassigning women based on pregnancy. The policy against pregnancy discrimination shall require that Defendant shall treat pregnant women the same as other persons not so affected but similar in their ability or inability to work. The policy shall be made available to employees through the Company's intranet and will state that "Greystar will not fail to hire, terminate or reassign women based on pregnancy. Greystar will treat pregnant women the same as other persons not so affected but similar in their ability or inability to work."

### Notice and Posting

8. Defendant will display and maintain the EEOC poster required to be displayed in the workplace by Commission Regulations where notices to employees customarily are posted at its facilities and where it is visually accessible to applicants and employees of the Defendant.

9. Within 30 days of the entry of this Decree, Defendant shall post Exhibit A ("Notice to Employees"), in English and Spanish, where notices to employees customarily are posted at its Huntington at King Farm Apartments complex.

### Anti-Discrimination Training

10. Within four months from the entry of this Decree, Defendant shall provide at least two hours of training on all federal equal employment laws, with an emphasis on pregnancy discrimination, for all current officers and managers at its facilities in Maryland,

including Regional Managers who service Maryland facilities, as well as corporate Human Resources Managers having responsibilities for Maryland facilities.

    a.    The training shall be conducted by a licensed attorney with employment law experience selected by Defendant and approved by the EEOC. Undersigned counsel for Defendant is specifically approved by the EEOC as an acceptable trainer for this training.

    b.    Within ten business days of completing this training Defendant will furnish the EEOC with a signed attendance list, the date(s) and duration of training, an outline or bullet points regarding the training, and a certification of completion of the mandatory training.

    11.    Prior to the expiration of this Decree, Defendant shall provide training of at least two hours on all federal equal employment laws, with an emphasis on pregnancy discrimination, for any newly hired officers and managers at its facilities in Maryland, including new Regional Managers who service Maryland facilities, for any officers and managers at its facilities in Maryland that were not previously trained.

## Notices

    12.    All materials required by this Decree to be sent to the EEOC or Defendant shall be addressed respectively to:

>Equal Employment Opportunity Commission
>Baltimore Field Office
>Attention: Eric S. Thompson, Trial Attorney
>10 S. Howard Street, 3rd Floor
>Baltimore, Maryland 21201

>or

>Larry Seegull
>Jackson Lewis P.C.
>2800 Quarry Lake Drive, Suite 200
>Baltimore, MD 21209
>410.415.2004 Office
>larry.seegull@jacksonlewis.com

13. The Commission and Defendant shall bear their own costs and attorneys' fees.

14. If at any time during the term of this Decree, the Commission believes that Defendant is in violation of the Decree in any respect, the Commission shall give notice of the alleged violation to Defendant and work with Defendant in good faith to come into compliance. Defendant shall have twenty (20) business days in which to investigate and respond to the allegations. Thereafter, the parties shall then have a period of twenty (20) business days or such additional period as may be agreed upon by them, in which to engage in negotiation in good faith regarding such allegations. If the Defendant has not remedied the alleged non-compliance or satisfied the EEOC that it has complied, the EEOC may thereafter apply to the Court for appropriate relief.

15. The undersigned counsel of record in the above-captioned action hereby consent, on behalf of their respective clients, to the entry of the foregoing Consent Decree.

FOR DEFENDANT:

/s/_____
Larry R. Seegull (Bar No. 22991)
Eileen Carr Riley (Bar No. 23758)
JACKSON LEWIS P.C.
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone(410)415-2000
Fax (410)415-2001
Larry.seegull@jacksonlewis.com
Eileen.riley@jacksonlewis.com

FOR PLAINTIFF:

P. David Lopez
General Counsel

James L. Lee
Deputy General Counsel

/s/_____
Debra M. Lawrence
Regional Attorney

/s/
Maria Salacuse (Bar No. 15562)
Supervisory Trial Attorney

/s/
Eric S. Thompson
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Baltimore Field Office
10 S. Howard Street, 3d Floor
Baltimore, MD 21201